UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Samuel Sepuveda,

               Plaintiff(s),                      08 Civ. 5284 (KMK) (GAY)

-against-                                      ORDER OF REFERENCE
                                                    TO A MAGISTRATE JUDGE

State of New York,

               Defendant(s).

------------------------------------------------------X

The above entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| \_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | \_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| \_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:* | \_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | _X_ Habeas Corpus |
| | \_\_\_\_\_ Social Security |
| \_\_\_\_\_ Settlement* | \_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| \_\_\_\_\_ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

---

* Do not check if already assigned for general pretrial.

Dated: June 19, 2008

                                       SO ORDERED

                                       Hon. Kenneth M. Karas
                                       United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____