UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---------------------------------------------------------X

Samuel Sepuveda

               Petitioner,

      - against -

State of New York

               Respondents.

---------------------------------------------------------X

**ORDER**

08 Civ. 5284 (KMK)(GAY)

**GEORGE A. YANTHIS, United States Magistrate Judge,**

     Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. 2254, dated June 10, 2008, a copy of which is annexed, it is hereby **ORDERED** that:

1.     Within sixty (60) days of the date of this order, respondent shall serve a copy of his answer to the petition on the petitioner herein and file the original thereof with proof of service with the Clerk of the Court in White Plains, New York;

2.     Respondent shall also submit the transcript of the trial and copies of all briefs, memoranda, etc. and decisions on appeal or in connection with proceedings pursuant to New York Criminal Procedure Law Article 440. **ALL EXHIBITS MUST BE TABBED AND PROPERLY LABELED;**

3.     Petitioner, within thirty (30) days after the filing of the answer, shall serve upon respondent's attorney and file his reply to the answer, if any, with the Clerk of this Court in White Plains, New York; and

4.     Service of a copy of this Order shall be made by the Clerk of the Court by regular mail to petitioner Samuel Sepuveda, 04-A-3607, Downstate Correctional Facility, PO Box F, Fishkill, NY 12524, and to Respondent or his successor at Downstate Correctional Facility, Fishkill, NY 12524 by certified mail, together with a copy of the petition to the Attorney General of the State of New York, 120 Broadway, New York, NY 10271, and to the Westchester County District Attorney, 111 Dr. Martin Luther King Jr. Blvd., White Plains, NY 10601.

Dated: June 25, 2008
White Plains, New York

_____

GEORGE A. YANTHIS
United States Magistrate Judge