

OFFICE OF THE DISTRICT ATTORNEY
WESTCHESTER COUNTY

WESTCHESTER COUNTY COURTHOUSE
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-2000

**MEMO ENDORSED**

**JANET DiFIORE**
DISTRICT ATTORNEY

August 19, 2008

Hon. George A. Yanthis
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

Re: Samuel Sepulveda v. State
    08 CV 5284 (KMK)(GAY)

Your Honor:

   Pursuant to the Court's order of June 25, 2008, respondent's answer is required to be filed by August 25, 2008.
   Due to numerous other matters pending in both state and federal courts, the issues raised by the petitioner, and a severe shortage of personnel in the section handling collateral post-conviction litigation for this Office, it is necessary that we request an extension of time in order to adequately respond to the allegations of the petition and provide the relevant exhibits. **We request that respondent's time to answer be enlarged to September 25, 2008.**
   No prior request for such relief has been made. As the petition is *pro se*, petitioner's consent for this application has not been sought.
   Thank you for your consideration of these matters.

                                Very Truly Yours,

                                JANET DiFIORE
                                District Attorney

                                Joseph M. Latino
                                Assistant District Attorney

cc: Samuel Sepulveda
    04 A 3607
    Downstate Correctional Facility
    Box F
    Fishkill NY 12524

Granted.

**SO ORDERED:**

Hon. George A. Yanthis
United States Magistrate Judge.